# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

     Plaintiff

v.

Oslay Diaz-Torres,

     Defendant

Case No.: 2:22-cr-00061-JAD-DJA

**Order Granting Motion for Early Termination of Supervised Release**

[ECF No. 6]

Oslay Diaz-Torres is 19 months into a 3-year term of supervision after completing a 63-month sentence for transportation of undocumented people within the United States.[1]  Though he was sentenced in the Southern District of Texas, Diaz-Torres's supervision was transferred to Nevada based on his familial ties.[2]  Diaz-Torres now moves this court for early termination of his supervisory period.[3]  Neither the government nor the U.S. Probation Office opposes that request.[4]  Because I am satisfied that Diaz-Torres is entitled to an early termination of probation based on the 18 U.S.C. § 3553(a) factors and that such relief is in the interest of justice,

IT IS HEREBY ORDERED that Diaz-Torres's motion to terminate supervised release **[ECF No. 6] is GRANTED**.  His term of supervised release is TERMINATED.

_____
U.S. District Judge Jennifer A. Dorsey
August 31, 2023

---

[1] ECF No. 5 at 1, 21; ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 6.

[4] ECF No. 8.